# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

James Jerry Cook,

    Petitioner

v.

Attorney General of the State of Nevada,

    Respondent

Case No.: 2:19-cv-00821-JAD-GWF

**Order Dismissing Case Without Prejudice**

[ECF No. 1]

    Petitioner, James Jerry Cook, a Nevada prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254.[1] But because Cook failed to file an application to proceed *in forma pauperis* or pay the $5 filing fee, this action was improperly commenced.[2] For this reason, the court dismisses this action without prejudice to Cook's ability to file a new habeas petition (in a separate, newly commenced case) by using the form required by this court and either paying the $5 filing fee or filing a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

    IT IS THEREFORE ORDERED that **THIS CASE IS DISMISSED** without prejudice to the filing of a petition in a new action with either the $5 filing fee or a properly completed application form to proceed *in forma pauperis*.

---

[1] ECF No. 1.

[2] 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

IT IS FURTHER ORDERED that a certificate of appealability is denied because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to SEND** petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action, **ENTER JUDGMENT** accordingly, and **CLOSE THIS CASE.**

Dated: May 29, 2019

_____
U.S. District Judge Jennifer A. Dorsey